IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN L. WILSON,<br><br>　　　　Defendant.<br>_____ / | No. C 08-05133 WHA<br><br>**REQUEST FOR RESPONSE** |

    The United States Securities and Exchange Commission has filed a motion requesting that the Clerk of Court pay all funds on deposit in the Court Registry Investment System in connection with the above-captioned matter to the Commission for the purpose of transferring those funds to the United States Treasury along with any future payments made by Wilson in satisfaction of final judgment in this action.

    If any party objects to this motion, it shall file a response by **JULY 10, 2015 AT NOON**.

Dated: July 6, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE