United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JONATHAN L. WILSON,

Defendant.
_______________________________/

No. C 08-05133 WHA

**ORDER DIRECTING PAYMENT TO THE UNITED STATES TREASURY**

Good cause shown, the Clerk shall pay all funds presently being held in the Court Registry Investment System in connection with this matter together with all interest accrued thereon, less any applicable fees, by check payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

The check shall be accompanied by a letter identifying the case title, civil action number, and name of this Court. The Clerk shall also transmit receipts of payment to all counsel of record by regular or electronic mail.

The SEC shall send the funds to the United States Treasury, together with any funds currently held by the SEC that were paid or collected pursuant to final judgments entered in this matter. Any future funds, assets, or proceeds received by the Court or the SEC in satisfaction of

United States District Court
For the Northern District of California

a final judgment entered in this action shall be promptly paid to the SEC and sent to the United States Treasury.

**IT IS SO ORDERED**

Dated: July 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE